

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00450-CV

Velma **SAN MIGUEL** and Alexis Rendon,
Appellants

v.

**PLAINSCAPITAL BANK, TRUSTEE OF THE GUERRA MINERAL TRUST**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-16-19
Honorable Everardo Garcia, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED as to Velma San Miguel and Alexis Rendon only and this cause is REMANDED to the trial court for proceedings consistent with this opinion. It is ORDERED that appellants Velma San Miguel and Alexis Rendon recover their costs of this appeal from appellee PlainsCapital Bank, Trustee of the Guerra Mineral Trust.

SIGNED July 10, 2019.

_____
Rebeca C. Martinez, Justice